UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In The Matter Of: ) | Case No. 11-44030-705 |
| ) | Chapter 7 |
| Marilyn Ruth Liekweg ) | |
| ) | **MTN 9** |
| Debtor, ) | |
| ) | |
| U.S. Bank, N.A., it's Successors ) | **Hearing Date: June 8, 2011** |
| and/or Assigns ) | **Hearing Time:  9:30 AM** |
| Movant, ) | |
| ) | **ORDER** |
| ) | |

The Motion for Relief from the Automatic Stay, filed by U.S. Bank, N.A., it's Successors and/or Assigns called for hearing.

Upon consideration of the pleadings and the record as a whole, the Court finds and concludes that the Movant has a security interest in the following property:

> LOT 23 OF WEST HAMPTON WOODS A SUBDIVISION ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 41 PAGE 294 IN ST CHARLES COUNTY RECORDER OF DEEDS.

The Court further finds and concludes that there is no equity in this property for the benefit of the bankruptcy estate; that Movant has not been afforded adequate protection for its interest and that said property is not necessary for an effective reorganization. It is therefore,

ORDERED, ADJUDGED AND DECREED that the stay provided for by Section 362 of Title 11, United States Code, is terminated to permit the Movant to foreclose its security interest in the herein described property and to pursue its remedies in accordance with the security agreement and state law including obtaining possession of the property after foreclosure.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that relief from the automatic stay is granted to Movant effective immediately and that relief from the automatic stay is not stayed for fourteen (14) days pursuant to Rule 4001.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant shall be permitted to communicate with the Debtor and Counsel for Debtor to the extent provided for under nonbankruptcy law.

IT IS FURTHER ORDERED that all further relief prayed for by Movant is hereby DENIED.

DATED: Jun 08, 2011
St. Louis, Missouri
mtc

CHARLES E. RENDLEN, III
U.S. Bankruptcy Judge

COPIES TO:
Vernon D. Singer
Cynthia M. Woolverton
Attorneys for Movant
612 Spirit Drive
St. Louis, MO 63005

Michael R. Hanson
225 South Main, Suite 104
O'Fallon, MO 63366

Marilyn Ruth Liekweg
942 Sugar Lake Ct.
St. Peters, MO 63376

Robert J. Blackwell
PO Box 310
O'Fallon, MO 63366-0310

Office of the U.S. Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th St., Suite 6353
St. Louis, MO 63102